# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION
## CASE NUMBER: 2:20-cv-1348-BHH

| | |
|---|---|
| ADELAIDE DIXON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED )<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF MIAMI )<br>Defendants. ) | **PLAINTIFF'S RESPONSE TO LOCAL RULE 26.01 INTERROGATORIES** |

Pursuant to Local Rule 26.01, Plaintiff submits the following responses to Interrogatories:

    A. **State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

<u>Answer</u>

None known.

    B. **As to each claim, state whether it should be tried jury or nonjury and why.**

<u>Answer</u>

Plaintiff's claims for breach of contract an unjust enrichment present questions of fact which should be tried by a jury. The question of whether Plaintiff's proposed class should be certified is a question of law to be decided by the Court.

    C. **State whether the party submitting these responses is a publically-owned company and separately identify (1) any parent corporation and any publically held corporation owning ten percent (10%) or more of the party's stock; (2) each publically-owned company of which it is a parent; and (3) each publically-owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

<u>Answer</u>

Plaintiff is a private individual.

    **D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).**

<u>Answer</u>

Plaintiff alleges that the contract which is the subject of this action was entered in Charleston County, South Carolina. Moreover, the Defendant does business in Charleston County, South Carolina, including but not limited to procuring the contract, the breach of which is the subject of this action. Therefore, venue is proper in the Charleston Division pursuant to Local Rule 3.01(A)(1).

    **E. Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

<u>Answer</u>

No.

[Signatures on Following Page]

        Respectfully Submitted,

        **ANASTOPOULO LAW FIRM, LLC**

BY   /s/ Eric M. Poulin
        Eric M. Poulin
        Fed ID Number: 11251
        Roy T. Willey, IV
        Fed ID Number: 11664
        32 Ann Street
        Charleston, SC 29403
        (843) 614-8888

        **ATTORNEYS FOR PLAINTIFF**

Charleston, South Carolina
April 8, 2020