## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-cv-22594-MGC

ADELAIDE DIXON, individually and behalf
of all others similarly situated,

      Plaintiff,

v.

UNIVERSITY OF MIAMI,

      Defendant.

_____/

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

**NOTICE IS HEREBY GIVEN** that Christopher M. Yannuzzi of the law firm of Isicoff

Ragatz hereby enters his appearance on behalf of Defendant, University of Miami (the

"University"), in the above-captioned case and requests that he be served with copies of all

pleadings, orders and other papers in this case.

          Respectfully submitted,

          **ISICOFF RAGATZ**
          601 Brickell Key Drive, Suite 750
          Miami, Florida 33131
          Tel: (305) 373-3232
          Fax: (305) 373-3233

          By: /s/ Christopher M. Yannuzzi
              Eric D. Isicoff
              Florida Bar No. 372201
              Isicoff@irlaw.com
              Teresa Ragatz
              Florida Bar No. 545170
              Ragatz@irlaw.com
              Christopher M. Yannuzzi
              Florida Bar No. 92166
               Yannuzzi@irlaw.com

2

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via

e-mail this 23rd day of June, 2020, upon the following:

ANASTOPOULO LAW FIRM, LLC
Eric M. Poulin
Roy T. Willey, IV
32 Ann Street
Charleston, SC 29403
Tel. (843) 614-8888
E-mail: eric@akimlawfirm.com
E-mail: roy@akimlawfirm.com


By: /s/ Christopher M. Yannuzzi
Christopher M. Yannuzzi