**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ADELAIDE DIXON, individually and on
behalf of all others similarly situated
    Plaintiff,

v.                                               Case No.: 1:20-cv-22594-AHS

UNIVERSITY OF MIAMI
    Defendant.                          /

**PLAINTIFF'S MOTION FOR EXPANSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND/OR AMEND HER**
**COMPLAINT**

Plaintiff Adelaide Dixon hereby moves, with the consent of counsel for Defendant, for an expansion of the time allotted to respond to Defendant's Motion to Dismiss and Stay, filed July 7, 2020. In support thereof, Plaintiff states as follows:

1. This action was originally filed in the United States District Court for the District of South Carolina.

2. Subsequent to the filing of this action, three similar actions were filed in the Southern District of Florida, namely:

    i. <u>Dimitryuk v. University of Miami</u>, Case No. 20-60851-CIV-SINGHAL
    ii. <u>Weiss v. University of Miami</u>, Case No. 20-22207-CIV-SINGHAL
    iii. <u>Gold v. University of Miami</u>, Case No. 20-22316-CIV-SINGHAL

3. The parties agreed to transfer this action from the District of South Carolina to the Southern District of Florida, and the District of South Carolina ordered the transfer on June 23, 2020.

4. Thereafter, on July 1, 2020, Defendant filed a notice of related actions as to the four pending actions.

5. Likewise, on July 7, 2020, Defendant filed a Motion to dismiss or stay this action.

6. Presently, Plaintiff's response to said Motion is due on July 21, 2020.

7. Plaintiff has never amended her original Complaint and, accordingly, is entitled to amend once as a matter of course in response to Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 15(a)(1)(B).

1

8. Plaintiff intends to amend her Complaint accordingly, and to respond to and address other issues raised by Defendant's Motion.

9. However, on July 10, 2020, this Court issued a *sua sponte* order compelling Plaintiff to show cause why this action should not be consolidated with the other similar actions, and scheduling a status conference regarding the same for July 29, 2020.

10. Given the possibility of consolidation, Plaintiff respectfully seeks an extension of time in which to respond to Defendant's motion to dismiss by amendment or otherwise.

11. Good cause exists for this request because it will promote judicial efficiency and preserve resources.

12. If the cases are consolidated, the various Plaintiffs will be required to confer regarding leadership and will likely request an opportunity to file one amended consolidated complaint.

13. If this request is granted, it would be futile for Plaintiff to file an individual amended complaint prior to consolidation, only to file a consolidated complaint shortly thereafter.

14. It would likewise be futile for Plaintiff to respond to the substance of Defendant's motion to dismiss by the current response deadline because the motion is unlikely to be fully adjudicated prior to the decision on consolidation and, consolidation, if granted, might render Defendant's motion moot, at least in part.

15. As a matter of judicial efficiency, Plaintiff suggests that deadlines in the individual cases be stayed pending a determination on consolidation.  Thereafter, if consolidation is ordered, the case(es) may proceed on one set of pleadings and one set of motions practice and related briefings.

WHEREFORE, Plaintiff respectfully requests this Court enter an order expanding the time within which to respond to Defendant's motion to dismiss and/or amend her complaint until 21 days after the status conference scheduled for July 29, 2020.

## Local Rule 7.1(a)(3) Certification

Undersigned counsel certifies that he has consulted with counsel for Defendant, and that Defendant consents to the requested extension.

[signature on following page]

Dated: July 16, 2020

**ANASTOPOULO LAW FIRM, LLC**

/s/ Justin S. Hemlepp
**Justin. S. Hemlepp, Esq.**
Fla. Bar No.: 58991
E-mail: justinh@akimlawfirm.com
**Eric M. Poulin, Esq.***
**Roy T. Willey, Esq., IV***
32 Ann Street
Charleston, SC 29403
* *Pro hac vice*

*Attorneys for Plaintiff*