**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ADELAIDE DIXON, individually and on
behalf of all others similarly situated
    Plaintiff,

v.                                             Case No.: 1:20-cv-22594-AHS

UNIVERSITY OF MIAMI
    Defendant.                      /

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPANSION OF TIME

THIS MATTER is before the Court on Plaintiff's Motion for Expansion of Time. Defendant filed a Motion to Dismiss on July 7, 2020, and Plaintiff is required to file a response to said motion by July 21, 2020.  Plaintiff has indicated that her response to the Motion will include her filing of an amended complaint.

However, there are three other pending actions that have been designated as potentially related to the present action.  The Court has scheduled a status conference for July 29, 2020 to determine whether the actions should be consolidated.

Plaintiff, with Defendant's consent, argues that good cause exists to extend the time in which Plaintiff is required to respond to Defendant's Motion to Dismiss by amendment or otherwise until after a determination on consolidation has been made.  The Court agrees.

Accordingly, it is ORDERED that Plaintiff shall not be required to respond to Defendant's Motion to Dismiss until after the Court issues an order consolidating or refusing to consolidate the potentially related cases.  If the Court refuses to consolidate the cases, Plaintiff shall respond to Defendant's Motion to Dismiss or amend her Complaint within 21 days of the Order refusing consolidation.  If the Court orders consolidation, the Court and the parties will address a new consolidated briefing schedule during the July 29, 2020 status conference.

IT IS SO ORDERED on this the ____ day of July, 2020.

                                                                _____
                                                                 The Honorable Raag Singhal
                                                                 U.S. District Judge